*Attachment A - <u>Bivens</u> Complaint form*

FILED
NOV 28 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Jamohn A Neal      27155-058

_(Enter above the full name of the plaintiff or plaintiffs in this action)_     _(Inmate Reg. # of each Plaintiff)_

v.     CIVIL ACTION NO. 1:16-cv-11365
        _(Number to be assigned by Court)_

FCI McDowell
P.O. Box 1009
Welch, WV 24801

_(Enter above the full name of the defendant or defendants in this action)_

Defendant(s).

## COMPLAINT

**I.    Parties**

     A.    Name of Plaintiff:   Jamohn A Neal

           Inmate No.:   27155-058

           Address:   FCI McDowell, P.O. Box 1009 Welch, WV 24801

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: Jamohn A Neal

Inmate No.: 27155-058

Address: FCI Mc Dowell P.O. Box 1009 Welch, WV 24801

Name of Plaintiff:

Inmate No.:

Address:

C. Name of Defendant: Federal Prison Camp FCI McDowell

Position: Welding

Place of Employment: Garage Welding shop area

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Federal Prison Camp FCI McDowell

Position: Welding

Place of Employment: Garage Welding shop area

Name of Defendant:

Position:

Place of Employment:

II. **Place of Present Confinement**

Name of Prison/Institution: FCI McDowell P.O. Box 1009 Welch, WV 24801

A. Is this where the events concerning your complaint took place?

Yes ✓     No ___

If you answered "no," where did the events occur? ___

B. Is there a prisoner grievance procedure in this institution?

Yes ✓     No ___

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes ✓     No ___

If you answered "no," explain why not: ___

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): Medical Doctor saw me but did not take me to the hospital at all that day he look at my leg's and give me a band aid and sent me on my way

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes ___     No ✓

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): None

Defendant(s): None

3

2. Court (if federal court, name the district; if state court, name the county);

   None

3. Docket Number: None

4. Name of judge to whom case was assigned: None

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit: None

7. Approximate date of disposition: None

IV. **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Working in Welding shop going to go get metal from the connext box in a umsafe enviroment at work was not safe at the time of my accident Date 8/18/2016 34 sheet of expanded metal weighing about 80 lbs each fell on us pending me and inmate Doss Randall 18750-084 both of us down to sheet of metal pended both of my leg's knock off the skin on my shin's bone left and a little on my right shin's bone yelled for help for about 3 mins befor someone showed up and then we had got some help and then hour Boss man made us come into the gamage so that they could do their accident report befor takeing us to see medical Doctor Ap good were we had to wait 45 minutes to see medical Doctor Ap good bacuse he was not there yet that day and then he showup medial Doctor saw us but he did not take us to the hospital at all that day he just give me a band aid and sent me on my way. To this day I am still having sharp pain in both Knee's, low Back sometime also in my hip area. The Doctor tell me to buy Ibuprofen clear c off commesay and yet I am still in pain every day I'm sustained serious And painul injuries as resulf of the accident as of 8/18/2016 officer should have consider taken me to a hospital.

IV. Statement of Claim

My Boss man was negligent Do to the welding Depantment Shop. The connext box was umsafe at time of my Accident day 8/18/2016 and with him been negligent cauase two inmate in A Accident in the Shop. I am fileing 18 U.S.C § 4126(c)(4). Accident Compensation Act [IACA]

V. **Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for my old Boss man officer Lamboth to make the welding shop connext Box safer for Future Inmate that will be working in and out of the connext Box for Future projects for the welding shop area.
I want them to pay me for my injury's $175,000
18 U.S.C. §4126 (c)(4). Accident Compensation Act [IACA]

Signed this Wed day of 11/23/ , 20 16 .

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 11/23/2016 .
(Date)

_____
Signature of Plaintiff

5



Jamohn A Neal #27155-058
Federal Prison Camp
P.O. Box 1009
Welch, West Virginia 24801

Clerk, U.S. District Court
Elizabeth Kee Federal Building
601 Federal Street, RM 2303
Bluefield, WV 24701

U.S. MARSHALS SERVICE
BY: